# UNITED STATES DISTRICT COURT
for the
District of Montana

| | |
|---|---|
| United States of America<br>v.<br>ROBERTO OROZCO-RAMIREZ<br><br>*Defendant(s)* | Case No.<br>MJ-26-03-GF-JTJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 2025 until his arrest__ in the county of __Roosevelt__ in the _____ District of __Montana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326 | Illegal Re-entry of a Removed Alien (Penalty: Two years of imprisonment, $250,000 fine, one year of supervised release, $100 special assessment) |
| 18 U.S.C. 115 | Threatening a Federal Officer (Penalty: Six years of imprisonment, $250,000 fine, three years of supervised release, $100 special assessment) |

This criminal complaint is based on these facts:

See attached affidavit, incorporated herein by reference.

☑ Continued on the attached sheet.

*/s/ Nicholas Buchnowski*
*Complainant's signature*

Nicholas Buchnowski, Sup. Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 01/21/2026

*/s/ John Johnston*
*Judge's signature*

City and state: Butte, Montana

John T. Johnston, United States Magistrate Judge
*Printed name and title*