AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Montana

| | |
|---|---|
| United States of America<br>v.<br>ROBERTO OROZCO-RAMIREZ<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)         MJ-26-    -GF-JTJ<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 2025 until his arrest__ in the county of __Roosevelt__ in the _____ District of __Montana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326 | Illegal Re-entry of a Removed Alien (Penalty: Two years of imprisonment, $250,000 fine, one year of supervised release, $100 special assessment) |
| 18 U.S.C. 115 | Threatening a Federal Officer (Penalty: Six years of imprisonment, $250,000 fine, three years of supervised release, $100 special assessment) |

This criminal complaint is based on these facts:

See attached affidavit, incorporated herein by reference.

☑ Continued on the attached sheet.

*Complainant's signature*

Nicholas Buchnowski, Sup. Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 01/21/2026

*John T. Johnston*
*Judge's signature*

City and state: Butte, Montana         John T. Johnston, United States Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>ROBERTO OROZCO-RAMIREZ | Case No. MJ-26-    -GF-JTJ |

AFFIDAVIT OF NICHOLAS
BUCHNOWSKI
IN SUPPORT OF A CRIMINAL
COMPLAINT

I, Nicholas Buchnowski, having been duly sworn, hereby depose and state:

1. I am a Supervisory Border Patrol Agent (SBPA) with the Department of Homeland Security (DHS), United States Border Patrol (USBP). I have been employed as a federal law enforcement officer since September 2008 and am assigned to the Plentywood, Montana Border Patrol Station in the Havre, Montana Sector, which has enforcement responsibilities in the State of Montana.

2. My duties as a SBPA with USBP include investigating administrative and criminal violations of the Immigration and Nationality Act and Title 8 of the United States Code, and seeking, when applicable, prosecution and removal of violators. I have received training in general law enforcement, including training in Title 8, 18, and 19 of the United States Code.

3. This affidavit is submitted in support of a criminal complaint charging, Roberto Orozco-Ramirez (hereafter referred to as "Orozco-Ramirez") for illegal reentry of a removed alien, in violation of 8 U.S.C. § 1326.

    • Orozco-Ramirez is a 42-year-old male, citizen of Mexico, who is living in the United States illegally in Froid, Montana, and who was previously removed from the United States.

4. The facts and information contained in this affidavit are based upon my training and experience, participation in immigration investigations, personal knowledge, and observations during the course of this investigation, as well as the observations of other officers involved in this investigation. All observations not personally made by me were relayed to me by the individuals who made them or were conveyed to me by my review of records, documents, and other physical evidence obtained during the course of this investigation. This affidavit contains information necessary to support probable cause and is not intended to include each and every fact and matter observed by me or known to the Government.

5. In March 2025, an alien present in the United States illegally (Martin Orozco-Ramirez, CR-25-47-GF-BMM) was apprehended by the Scobey, Montana Border Patrol Station. Border Patrol Intelligence Agents from both Scobey and Plentywood stations researched and found that the alien had a brother living and working illegally in the Plentywood Station's Area of Responsibility in Froid, Montana. In July 2025, Luis Alberto Orozco-Ramirez, CR-25-98-GF-BMM, another brother illegal present in the United States after prior removals and immigration convictions, was found near Bainville, Montana.

6. Roberto Orozco-Ramirez has been personally identified several times by Havre Sector Border Patrol Agents and have probable cause to believe that he is amenable to 8 USC 1326, Illegal Re-Entry After Removal:

    • On 09/22/2009, Orozco-Ramirez was given a final order of removal by

2

      an Immigration Judge under the Alien Registration Number (A#): xxx-xxx-632. Orozco-Ramirez was removed by ICE-ERO on September 24, 2009.

7. Record checks revealed no criminal history, however, Orozco-Ramirez was identified as a Surenos gang member when initially encountered in Logan, Utah as part of "Operation Community Shield."

8. On January 15, 2026, Havre Sector Intelligence Agents, operating in plain clothes and unmarked vehicles, approached the public access areas of the Orozco Diesel shop located on MT HWY 16, near Froid, MT. The purpose of this contact was to verify the location of Roberto Orozco-Ramirez. Upon knocking on the front door of the business, Orozco-Ramirez opened the door. From the start of the interaction, Orozco-Ramirez appeared suspicious and on high alert. He refused to allow agents entry into the public/office area of the building when asked questions about services provided by his business.

9. It is believed that Orozco-Ramirez recognized the Intelligence Agents as Border Patrol Agents despite being in plain clothes attire. As the Agents departed the premises, Orozco-Ramirez was observed through one of the office windows yelling threats at the agents, specifically stating, "Motherfuckers, next time you won't be walking away!"

10. While the Intelligence Agents were departing the property, turning onto MT HWY 16, Orozco Ramirez was observed in the rearview mirror carrying a 2x6 section of lumber. Orozco-Ramirez then hurled the 2x6 section of lumber in the direction of the agent's vehicle.

11. There is no indication in the files of Department of Homeland Security that Orozco-Ramirez ever applied for or obtained the permission of the United States Attorney General or successor, or the Secretary of the Department of Homeland Security to reenter the United States.

12. Based on the facts above, I believe there is probable cause that Orozco-Ramirez is an alien who, having been previously deported or removed from the United States, has been found in the United States without the required permission, and is in violation of 8 U.S.C. § 1326.

_____
Nicholas Buchnowski
Supervisory Border Patrol Agent
United States Border Patrol

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone this 21 day of January 2026.

_____
HON. JOHN T. JOHNSTON
United States Magistrate Judge

4